UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  

NANCY A OJERMARK

DEBTOR

CASE NO. 09 B 09126
CHAPTER 13

JUDGE JACQUELINE P COX

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** REAL TIME RESOLUTIONS

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 6 | 32 | 7837 2ND MTG | $999.52 | $999.52 | $999.52 |
| Total Amount Paid by Trustee | | | | | $999.52 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-09126-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 17th day of June, 2014.

Debtor:
NANCY A OJERMARK
8436 WESTBERRY LN
TINLEY PARK, IL  60487

Attorney:
THOMAS M BRITT
7601 W 191ST ST #1W
TINLEY PARK, IL  60487
via Clerk's ECF noticing procedures

Mortgage Creditor:
JPMORGAN CHASE BANK
NATIONAL
7255 BAYMEADOWS WAY
MS JAX B2007
JACKSONVILLE, FL  32256

Mortgage Creditor:
JPMORGAN CHASE BANK
NATIONAL
1270 NORTHLAND DR #200
MENDOTA HEIGHTS, MN  55120

Mortgage Creditor:
JPMORGAN CHASE BANK
NATIONAL
1270 NORTHLAND DR #200
MENDOTA HEIGHTS, MN  55120

Mortgage Creditor:
JPMORGAN CHASE BANK
NATIONAL
1270 NORTHLAND DR #200
MENDOTA HEIGHTS, MN  55120

Mortgage Creditor:
FISHER & SHAPIRO
2121 WAUKEGAN RD # 301
BANNOCKBURN, IL  60015

Creditor:
REAL TIME RESOLUTIONS
PO BOX 35888
DALLAS, TX  75235

Mortgage Creditor:
JPMORGAN CHASE BANK NA
PO BOX 201347
ARLINGTON, TX  76006

Mortgage Creditor:
JPMORGAN CHASE BANK NA
% ASCENSION CAPITAL GROUP
INC
PO BOX 201347
ARLINGTON, TX  76006

ELECTRONIC SERVICE - United States Trustee

Date:  June 17, 2014

/s/ TOM VAUGHN
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603